v.

**ADOBE SYSTEMS INCORPORATED,**
Defendant–Cross–Appellant.

Nos. 2015–1266, 2015–1708,
2015–1709, 2015–1753.

United States Court of Appeals,
Federal Circuit.

April 8, 2016.

---

**OSRAM GMBH, Appellant**

v.

**E. Fred SCHUBERT, Appellee.**

No. 2015–1620.

United States Court of Appeals,
Federal Circuit.

April 8, 2016.

Charles Sanders, Latham & Watkins LLP, Boston, MA, argued for appellant. Also represented by William M. Jay, Goodwin Procter LLP, Washington, DC.

Daniel Ladow, Troutman Sanders LLP, New York, NY, argued for appellee. Also represented by James M. Bollinger, Magnus Essunger, Timothy P. Heaton; Justin Barnes, Lara Sue Garner, San Diego, CA.

Thomas W. Krause, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor Michelle K. Lee. Also represented by Scott Weidenfeller, Lore A. Unt.

DYK, MAYER, and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**